# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAMELA HASAN,

    Plaintiff,

v.                                       Case No. 08-11240

RELIANCE STANDARD LIFE INSURANCE    Honorable Arthur J. Tarnow
COMPANY,

    Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION [16]

Before the court is Ms. Hasan's motion for reconsideration of this court's order deeming her disabled during the elimination period. In the written order, the court declined to determine whether Ms. Hasan was disabled after the elimination period and remanded the matter to the plan administrator.

The court's written order supersedes its oral ruling, which was rendered on the day of the hearing. Accordingly, the motion for reconsideration is DENIED.

    SO ORDERED.

                                    S/ARTHUR J. TARNOW
                                    Arthur J. Tarnow
                                    United States District Judge

Dated: March 2, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 2, 2009, by electronic and/or ordinary mail.

                                    S/THERESA E. TAYLOR
                                    Case Manager